UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC BLACHURA,

      Plaintiff,

Case No. 11-11171

Honorable John Corbett O'Meara

v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR CHANGE OF VENUE

This matter came before the court on plaintiff Eric Blachura's April 19, 2011 motion for change of venue. No response was filed, and no oral argument was heard.

Although plaintiff Blachura identified his motion as one for change of venue, it appears from his one-paragraph motion, which was filed without the requisite brief, that he seeks to disqualify this court based on a perceived bias the court may have against Marvin Blachura, one of Plaintiff's potential witnesses. The court, however, has no bias against Plaintiff's potential witness, who had a prior case of his own in this court. Plaintiff also contends that this case is a companion to another case filed in this district; however, the judge in that case, Case Number 10-12074, has determined that the two cases are not companion cases. Therefore, pursuant to Local Rule 83.11(b)(7)(D), the matter cannot be reassigned to that court. Accordingly, it is hereby **ORDERED** that plaintiff Eric Blachura's motion for change of venue is **DENIED.**

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: July 5, 2011

    I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, July 5, 2011, by first-class U.S. mail.

                                            <u>s/William Barkholz</u>
                                            Case Manager